FILED
2016 Feb-29  PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Jordan Schwyhart,** *on behalf of himself and others similarly situated*, )<br>)<br>Plaintiff,                    )<br>)<br>vs.                                )<br>)<br>**Amsher Collection Services, Inc.,** )<br>)<br>Defendant.                    ) | **Civil Case No.: 2:15-CV-01175-WMA**<br><br>**NO ORAL ARGUMENT REQUESTED**<br><br>**OPPOSED** |

## AMSHER COLLECTION SERVICES, INC.'S MOTION TO STAY ACTION

Defendant AmSher Collection Services, Inc. ("AmSher"), by and through its undersigned counsel, moves this Honorable Court for an Order staying the case pending the decision of the United States Court of Appeals for the District of Columbia, which is currently reviewing various petitions filed relating to the Omnibus Declaratory Ruling and Order in the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, 30 FCC Rcd. 7961 (2015).

AmSher is filing a Memorandum of Law in Support of the Motion to Stay simultaneously with this Motion.

Dated: February 29, 2016.

2433236_1

1

                                          Respectfully submitted,
                                          By:   /s/ E. Britton Monroe
                                          E. Britton Monroe (ASB-1454-072E)
                                          Laura C. Nettles (ASB-5805-S63L)
                                          Attorneys for Amsher Collection Services, Inc.

**OF COUNSEL:**
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone (205) 967-8822
Facsimile (205) 967-2380
bmonroe@lgwmlaw.com
lnettles@lgwmlaw.com

## CERTIFICATE OF SERVICE

     I certify a true and correct copy of the foregoing was served upon the following counsel and pro se parties by e-filing and/or by United States Mail, with postage prepaid and properly addressed, on this 29th day of February, 2016:

Gina DeRosier Greenwald
Greenwald Davidson Radbil PLLC
5550 Glades Rd, Ste. 500
Boca Raton, FL 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
ggreenwald@gdrlawfirm.com

Aaron D. Radbil
Greenwald Davidson Radbil PLLC
*(pro hac vice)*
106 East Sixth Street, Suite 913
Austin, Texas 78701
Tel: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

                                       /s/ E. Britton Monroe
                                       OF COUNSEL